UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------

| | : | |
|---|---|---|
| BRITTANY M. ATWOOD, | : | |
| | : | CASE NO. 1:13-CV-00703 |
| Plaintiff, | : | |
| | : | |
| v. | : | OPINION & ORDER |
| | : | [Resolving Docs. 11 & 21] |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On April 17, 2014, Magistrate Judge James R. Knepp II recommended that the Court affirm the Commissioner of Social Security's denial of supplemental security income to Plaintiff Brittany M. Atwood.[1] Plaintiff Atwood has not filed an objection to the Report and Recommendation. The Court **ADOPTS** the Magistrate Judge's Report and Recommendation and **AFFIRMS** the Commissioner's decision.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection.[2] Parties must file any objections to a Report and Recommendation within fourteen days of service.[3] Failure to object within that time waives a party's right to appeal the Magistrate Judge's

---

[1] Doc. 21.
[2] 28 U.S.C. § 636(b)(1).
[3] Fed. R. Civ. P. 72(a).

Case No. 1:13-CV-00703
Gwin, J.

recommendation.[4] Absent objection, a district court may adopt the Magistrate Judge's report without review.[5] Moreover, having conducted its own review of the complaint[6] and briefing,[7] this Court agrees with the conclusions of the Magistrate Judge.

Accordingly, the Court **ADOPTS** in whole Magistrate Judge Knepp's findings of fact and conclusions of law and incorporates them fully herein by reference. The Court **AFFIRMS** the Commissioner's denial of supplemental security income.

IT IS SO ORDERED.


Dated: May 6, 2014                                             s/          *James S. Gwin*
                                                               JAMES S. GWIN
                                                               UNITED STATES DISTRICT JUDGE

---

[4] *Id.*; *see* Thomas v. Arn, 474 U.S. 140, 145 (1985); United States v. Walters, 638 F.2d 947, 949-50 (6th Cir. 1981).

[5] *Thomas*, 474 U.S. at 149.

[6] Doc. 1 (complaint); Doc. 11 (amended complaint).

[7] Doc. 16 (Plaintiff's opening brief); Doc. 19 (Commissioner's brief); Doc. 20 (Plaintiff's reply brief).